```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x
:
UNITED STATES OF AMERICA         :
:          KMW
- v. -                           :          [PROPOSED] ORDER
:
JAIRO RAMON MENA HERNANDEZ,      :
:          19 Cr. 360 (KMW)
Defendant.                       :
:
:
------------------------------- x

WHEREAS, with the defendant Jairo Ramon Mena Hernandez's consent, his guilty plea allocution was made before a United States Magistrate Judge on December 11, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Jairo Ramon Mena Hernandez entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Jairo Ramon Mena Hernandez's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          12-17        , 2019

                                        _____
                                        THE HONORABLE KIMBA M. WOOD
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK