USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/2/20_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

JAIRO RAMON MENA HERNANDEZ,
JUAN LUIS ALMANZAR HERNANDEZ,

        Defendants.
----------------------------------------------------------X

19-CR-360 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencings for the above-captioned defendants, scheduled for April 7, 2020 and April 13, 2020, are adjourned to June 15, 2020, at 11:00 a.m., and June 23, 2020 at 11:30 a.m., respectively.

    SO ORDERED.
Dated: New York, New York
      April 2, 2020

                                                /s/ Kimba M. Wood /
                                              KIMBA M. WOOD
                                     United States District Judge