```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/1/20_____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

         -against-

JAIRO RAMON MENA HERNANDEZ,

                       Defendant.
-----------------------------------------------------------X

19-CR-360 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Monday, June 15, 2020, is adjourned to July 27, 2020, at 11:30 a.m. Defendant's sentencing submission is due by July 13, 2020. The Government's submission is due by July 20, 2020.

    SO ORDERED.
Dated: New York, New York
       June 1, 2020

                                              /s/ Kimba M. Wood /
                                           KIMBA M. WOOD
                               United States District Judge