UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

JAIRO RAMON MENA HERNANDEZ,

Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/15/20_____

19-CR-360 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

In an effort to reduce all parties' risk of exposure to COVID-19, the sentencing scheduled for Monday, July 27, 2020, is adjourned to September 24, 2020, at 12:00 p.m.

SO ORDERED.
Dated: New York, New York
    July 15, 2020

/s/ Kimba M. Wood /
KIMBA M. WOOD
United States District Judge