```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

                -against-                                    ORDER
                                                       19 CR 360 (KMW)
JAIRO RAMON MENA HERNANDEZ,

                        Defendant.
------------------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/20

KIMBA M. WOOD, District Judge:

The above-captioned defendant has communicated to the Court that he does not consent to be sentenced by video conference. Therefore, at the defendant's request, sentencing in this matter is adjourned to November 10, 2020, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       September 22, 2020

                                    _____
                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE