UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

         -against-

JAIRO RAMON MENA HERNANDEZ,

                      Defendant.
-------------------------------------------------------------------x

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**
**DATE FILED:** 11/19/20

**ORDER**
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is adjourned to January 13, 2021, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
        November 19, 2020

                                                        KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE