UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against

JAIRO RAMON MENA HERNANDEZ,

                 Defendant.

-----------------------------------------------------------------------x

**ORDER**
19 CR 360 (KMW)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/20

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is adjourned to March 24, 2021, at 11:00 a.m.

    SO ORDERED.

Dated: New York, New York
         December 21, 2020

                                        /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                               UNITED STATES DISTRICT JUDGE