UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

          -against-

JAIRO RAMON MENA HERNANDEZ,

                    Defendant.
-------------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/21

ORDER
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

      The above-captioned defendant has communicated to the Court that he does not consent to be sentenced remotely. Therefore, at the defendant's request, sentencing in this matter is adjourned to June 1, 2021, at 11:00 a.m.

      SO ORDERED.

Dated: New York, New York
       March 17, 2021

                                                    _____
                                                       KIMBA M. WOOD
                                               UNITED STATES DISTRICT JUDGE