UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/21

-against

JAIRO RAMON MENA HERNANDEZ,

Defendant.
--------------------------------------------------------------x

**ORDER**
19 CR 360 (KMW)

KIMBA M. WOOD, District Judge:

The remote sentencing for the above-captioned defendant, currently scheduled for June 1,

2021, is adjourned to June 23, 2021, at 12:30 p.m., as an in-person proceeding.

SO ORDERED.

Dated: New York, New York
May 4, 2021

*Kimba M. Wood*

KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE