UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21

    -against-

**ORDER**
19 CR 360 (KMW)

JAIRO RAMON MENA HERNANDEZ,

        Defendant.
-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, the sentencing currently scheduled for September 2, 2021, at 11:00 a.m., is adjourned to 1:00 p.m.

SO ORDERED.

Dated: New York, New York
       August 23, 2021

                                      /s/ Kimba M. Wood
                                      KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE