UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA

v.

JAIRO RAMON MENA HERNANDEZ,

                Defendant.

------------------------------------------------------X

19-CR-360 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Sentencing for the above-captioned defendant, currently scheduled for September 2, 2021, is adjourned to September 22, 2021, 3:00 p.m.

    SO ORDERED.

Dated: New York, New York
        September 2, 2021

                                                  KIMBA M. WOOD
                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/21